UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30245 |
| | ) | Chapter 7 |
| JOSEPH LEROY MAYFIELD, JR., | ) | |
| | ) | (Hearing Scheduled) |
| Debtor. | ) | |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR AND NOTICE OF HEARING

TAKE NOTICE that Heather W. Culp and the law firm of Essex Richards, P.A. have filed a Motion for Leave to Withdraw as Counsel for the Debtor and will bring it before the Court for a hearing. A copy of the motion is attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief sought in motion or objection, or if you want the court to consider your views on the matter, then within 14 days of this notice you or your attorney must do three (3) things:

**1.    File with the Court a written response requesting that the Court hold a hearing and explaining your position. File the response at:**

U.S. Bankruptcy Court, 401 W. Trade Street, Suite 2500, Charlotte, NC 28202.

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**2. On or before the deadline stated above for written responses, you must also mail or fax a copy of your written request to:**

Heather W. Culp, Essex Richards, P.A., 1701 South Blvd., Charlotte, NC 28203 (fax: 704-372-1357)

U.S. Bankruptcy Administrator, Room 200, 402 W. Trade Street, Charlotte, NC 28202-1669 (fax: 704-344-6666)

**3. Attend hearing scheduled to be held August 8, 2022, at 9:30 a.m. at the United States Bankruptcy Court, Courtroom 2B, 401 West Trade Street, Suite 2500, Charlotte, NC 28202.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 21st day of July, 2022.

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Attorney for the Debtor
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30245 |
| | ) | |
| JOSEPH LEROY MAYFIELD, JR., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR

Heather W. Culp and the law firm of Essex Richards, P.A., counsel of record for the above-referenced debtor Joseph Leroy Mayfield, Jr., move pursuant to Local Bankruptcy Rule 2091-1(b) and Rules 1.7(b) and 1.16(a)(1) of the North Carolina State Bar Rules of Professional Conduct for entry of an order granting them leave to withdraw as Mr. Mayfield's counsel of record.  In support of this motion, undersigned counsel states as follows:

1. On May 31, 2022, Mr. Mayfield filed a voluntary petition giving rise to this case. Undersigned counsel assisted the Debtor with the preparation of the petition, schedules and statements.

2. Mr. Mayfield's initial meeting of creditors was held on June 29, 2022.  An attorney for one of Mr. Mayfield's creditors attended and asked questions about certain lines of Mr. Mayfield's Official Form 122A-2 (Means Test Calculation).  Mr. Mayfield's meeting of creditors is continued to July 27, 2022.

3. The questions about Mr. Mayfield's means test calculation prompted undersigned counsel to revisit the calculation.  There is an error in line 16 (taxes) that, when corrected, results the presumption of abuse arising in Mr. Mayfield's case.  11 U.S.C. § 707(b).

4. Undersigned counsel informed Mr. Mayfield of this error on July 7, 2022 and has had three conversations with him about it and the resulting options (two on July 7, 2022 and one on July 14, 2022).  The conversations deteriorated to such a degree that the representation of Mr. Mayfield involves and is burdened by a concurrent conflict of interest that prevents movants from providing competent and diligent representation to him.  North Carolina Rule of Professional Conduct ("the Rules" or "NC RPC") 1.7(b)(1).

5. The North Carolina Rules of Professional Conduct *require* withdrawal from representation if the representation will result in a violation of the Rules.  NC RPC 1.16(a). Continued representation of Mr. Mayfield will violate the concurrent conflict of interest rule set out in NC RPC 1.7(b)(1).

WHEREFORE, movants pray that the Court enter an Order granting this motion, allow movants leave to withdraw as Mr. Mayfield's counsel of record, and grant and such further relief as is just and proper.

This the 21st day of July, 2022.    /s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Attorney for the Debtor
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of July, 2022, I electronically filed the foregoing **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR AND NOTICE OF HEARING** and **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEBTOR** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties registered for service via CM/ECF, including:

Shelley K. Abel, U.S. Bankruptcy Administrator
A. Burton Shuford, Chapter 7 Trustee

I further certify that foregoing was this day served on the following parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service:

<u>And via e-mail to:</u>
Joseph Leroy Mayfield, Jr.
11717 Smart Lane
Charlotte, NC 28277

<u>Via e-mail only to jev@blancolaw.com:</u>
James Vaughan
Blanco Tackabery

All on attached matrix.                    /s/Heather W. Culp
                                                                   Heather W. Culp
                                                                   NC Bar No. 30386
                                                                   Attorney for the Debtor
                                                                   Essex Richards, P.A.
                                                                   1701 South Boulevard
                                                                   Charlotte, North Carolina 28203
                                                                   Tel: (704) 377-4300
                                                                   Fax: (704) 372-1357
                                                                   E-mail: Heather.Culp@essexrichards.com

```
Label Matrix for local noticing          Charlotte Division                        Adam D. Lewis
0419-3                                   401 West Trade Street                     O'Connell, Attmore & Morris, LLC
Case 22-30245                            Charlotte, NC 28202-1633                  280 Trumbull St.
Western District of North Carolina                                                 Hartford, CT 06103-3509
Charlotte
Thu Jul 21 11:36:40 EDT 2022

Amos Financial, LLC                      Ballantyne Residential POA                Christopher J. McCarthy
3330 Skokie Valley Road, Suite 301       5970 Fairview Road, Suite 710             Halloran & Sage, LLP
Highland Park, IL 60035-1044             Charlotte, NC 28210-3124                  225 Asylum St.
                                                                                   Hartford, CT 06103-1503


City-County Tax Collector                Cynthia Mayfield                          Elite Staging and Design, LLC
P O Box 31637                            1000 E. Franklin Street                   P.O. Box 470038
Charlotte, NC 28231-1637                 Monroe, NC 28112-5026                     Charlotte, NC 28247-0038


Fairfield County Bank                    Fairfield County Bank                     First Niagara Bank, N.A.
714 Post Road                            Fairfield County Bank Headquarters        c/o Halloran & Sage, LLP
Darien, CT 06820-4717                    150 Danbury Road                          Attn: Christopher J. McCarthy
                                         Ridgefield, CT 06877-3229                 225 Asylum Street
                                                                                   Hartford, CT 06103-1503


Fluvanna County Treasurer                Hamilton Stephens Steele & Martin         Internal Revenue Service
34 Palmyra Way                           525 North Tryon St., Suite 1400           P O Box 7346
P.O. Box 299                             Charlotte, NC 28202-0215                  Philadelphia, PA 19101-7346
Palmyra, VA 22963-0299


Internal Revenue Service                 James E. Vaughn                           John Power Regan
P.O. Box 7317                            Blanco Tackabery & Matamoros, PA          1200 Summer Street, Ste. 103
Philadelphia, PA 19101-7317              P.O. Drawer 25008                         Stamford, CT 06905-5541
                                         Winston Salem, NC 27114-5008


John Regan                               Keybank National Association              Nancy R. Schlichting
1200 Summer Street                       c/o Halloran & Sage, LLP                  Flora Pettit, PC
Suite 103                                Attn: Christopher J. McCarthy             P.O. Box 2057
Stamford, CT 06905-5541                  225 Asylum Street                         530 East Main St.
                                         Hartford, CT 06103-1503                   Charlottesville, VA 22902-5336


North Carolina Department of Revenue     Oscar L. Suarez                           Planet Home Lending, LLC
Bankruptcy Unit                          Christopher J. McCarthy                   Attn: Customer Service
P O Box 1168                             Halloran & Sage, LLP                      321 Research Parkway, Ste. 303
Raleigh, NC 27602-1168                   225 Asylum St.                            Meriden, CT 06450-8342
                                         Hartford, CT 06103-1503


Shellpoint Mortgage Servicing            U.S. Attorney General                     U.S. Attorney's Office
P.O. Box 10826                           U.S. Department of Justice                Western District of North Carolina
Greenville, SC 29603-0826                950 Pennsylvania Avenue, NW               227 West Trade Street
                                         Washington, DC 20530-0001                 Suite 1650
                                                                                   Charlotte, NC 28202-1698


U.S. Bank Trust National Association     A. Burton Shuford                         Heather W. Culp
300 Delaware Avenue, 9th Floor           4700 Lebanon Road,                        Essex Richards, P.A.
Wilmington, DE 19801-1607                Suite #A-2                                1701 South Boulevard
                                         Mint Hill, NC 28227-8265                  Charlotte, NC 28203-4727
```

Joseph Leroy Mayfield Jr.
11717 Smart Lane
Charlotte, NC 28277-3025

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Horizon Bank | (d)North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients     2<br>Total                  32 |